**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ENANTA PHARMACEUTICALS, INC., )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>PFIZER INC. )<br>)<br>  Defendant. ) | Civil Action No. 1:22-cv-10967-DJC |

**JOINT MOTION FOR ENTRY OF AMENDED SCHEDULING ORDER**

Plaintiff Enanta Pharmaceuticals, Inc. ("Enanta") and Defendant Pfizer Inc. ("Pfizer") (collectively, the "Parties") hereby jointly move the Court for entry of an amended scheduling order that (1) adopts two additional deadlines that were jointly proposed in the Parties' Joint Statement Pursuant to Rule 26(f) and Local Rule 16.1(d) (Dkt. No. 26) and (2) clarifies the deadline for the submission of the Parties' claim construction tutorials.

On September 2, 2022, the Parties filed a joint statement pursuant to Rule 26(f) and Local Rule 16.1(d) that included a jointly proposed case schedule. *See* Dkt. No. 26 at 4–5. The Parties' jointly proposed case schedule included proposed deadlines for (i) joinder of parties and amendment of pleadings without leave of court (June 15, 2023); and (ii) substantial completion of document discovery (July 20, 2023). *See id.* at 5. At the scheduling conference on September 12, 2022, the Court indicated that it was "prepared to adopt" the Parties' proposed case schedule "in large part," but would "not set at this point the final pretrial or the trial" deadlines. *See* Dkt. No. 36 (Hr'g Tr.) at 6:15–21, 10:23–24.

Following the September 12, 2022 scheduling conference, the Court (among other rulings) adopted all deadlines set forth in the Parties' proposed case schedule "through submission of tutorials," set a date and time for the claim construction hearing, and adopted the

Parties' proposed deadlines for the close of fact discovery, expert disclosures, the close of expert discovery, and summary judgment and *Daubert* motions. *See* Dkt. No. 32; Dkt. No. 35. However, it does not appear that the Court set any deadline for (i) joinder of parties and amendment of pleadings without leave of Court or (ii) substantial completion of document discovery. These are the only two deadlines from the Parties' jointly proposed case schedule on which the Court did not expressly rule.

Based on the Court's statements during the September 12, 2022 scheduling conference, the Parties do not believe that the Court intended to reject the Parties' proposed deadlines for joinder of parties and amendment of pleadings without leave of court or substantial completion of document discovery. Accordingly, the Parties respectfully request that the Court clarify the Scheduling Order to include the following two jointly proposed deadlines:

| Event | Proposed Date |
|---|---|
| Deadline for joinder of parties and amendment of pleadings without leave of court | June 15, 2023 |
| Deadline for substantial completion of document discovery | July 20, 2023 |

Adoption of these two deadlines will not disturb any other deadlines, including the deadline for close of fact discovery, previously ordered by the Court.

Additionally, the Parties understand that Court has rescheduled the *Markman* hearing for Thursday, April 6, 2023. *See* Dkt. No. 43. The Parties respectfully request that the Court similarly adjust the deadline to submit tutorials, if any, to the Court pursuant to Local Rule 16.6(e). The Parties propose that the new deadline be Thursday, March 23, which is two weeks before the rescheduled *Markman* hearing. This adjusted deadline is consistent with Local Rule 16.6(e)(6), which provides that "parties may exchange and file tutorials . . . at least 14 days before the claim construction hearing."

WHEREFORE, the Parties respectfully request that the Court enter an amended scheduling order that includes the deadlines set forth above.

Dated: February 3, 2023

Respectfully submitted,

ENANTA PHARMACEUTICALS, INC.
By its attorneys,

PFIZER INC.
By its attorneys,

*/s/ Barbara A. Fiacco*
Barbara A. Fiacco (BBO No. 633618)
Donald R. Ware (BBO No. 516260)
FOLEY HOAG LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000 (telephone)
(617) 832-7000 (facsimile)
dware@foleyhoag.com
bfiacco@foleyhoag.com

*/s/ Thomas H.L. Selby*
Thomas H.L. Selby (*pro hac vice*)
David I. Berl (*pro hac vice*)
Christopher A. Yeager (*pro hac vice*)
Julie L. Tavares (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
(202) 434-5000 (telephone)
(202) 434-5029 (facsimile)
tselby@wc.com
dberl@wc.com
cyeager@wc.com
jtavares@wc.com

Lee Carl Bromberg (BBO # 058480)
Erik Paul Belt (BBO # 558620)
Wyley Proctor (BBO # 666613)
MCCARTER & ENGLISH, LLP
265 Franklin Street
Boston, MA 02110
(617)449-6500 (telephone)
617-607-9200 (facsimile)
lbromberg@mccarter.com
ebelt@mccarter.com
wproctor@mccarter.com