UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENANTA PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PFIZER INC. ) <br> ) <br> Defendant. ) | Civil Action No. 1:22-cv-10967-DJC-JCB <br><br> **ORAL ARGUMENT REQUESTED** |

### PLAINTIFF ENANTA PHARMACEUTICALS, INC.'S MOTION TO COMPEL DEFENDANT PFIZER INC. TO PROVIDE DAMAGES-RELATED DISCOVERY

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, and Local Rule 37.1, Plaintiff Enanta Pharmaceuticals, Inc. ("Enanta") respectfully moves the Court to compel Defendant Pfizer Inc. ("Pfizer") to provide damages-related discovery.  As set forth more fully in the accompanying Memorandum, which has been filed under seal pursuant to Dkt. 165, Pfizer has failed to provide adequate discovery as requested by Enanta's 30(b)(6) Topic No. 29 and Interrogatory No. 24 on the costs of Pfizer's infringing product, PAXLOVID™.  Pfizer has also failed to prepare its 30(b)(6) witness on Enanta's 30(b)(6) Topic No. 34.

WHEREFORE, Enanta respectfully requests that the Court compel Pfizer to: (1) promptly supplement its response to Interrogatory No. 24 with a line-item breakdown of the costs of PAXLOVID™, including the cost of the nirmatrelvir active pharmaceutical ingredient (API), the cost of the inactive ingredients in nirmatrelvir, the cost of manufacturing nirmatrelvir tablets, the cost of the ritonavir tablets (as supplied by third parties), and other similar costs, if any; and (2) make available an adequately prepared 30(b)(6) witness on Enanta's Topic Nos. 29 (with respect to PAXLOVID™ costs) and 34.  If this information is not provided sufficiently in advance of February 9, 2024, the deadline for opening expert reports, Enanta further respectfully

requests the right to serve supplemental reports addressing the late-provided information and testimony.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Enanta believes that oral argument may assist the Court and respectfully requests to be heard.

## LOCAL RULE 7.1 CERTIFICATION

The undersigned hereby certifies that counsel for Enanta conferred with counsel for Pfizer in good faith to resolve or narrow the issue. Counsel for Pfizer have indicated that they oppose the relief requested.

Respectfully submitted,

ENANTA PHARMACEUTICALS, INC.
By its attorneys,


*/s/ Barbara A. Fiacco*
Barbara A. Fiacco (BBO No. 633618)
Donald R. Ware (BBO No. 516260)
Jeremy A. Younkin (BBO No. 654047)
Stuart Knight (BBO No. 710429)
Taylor R. Davis (*pro hac vice*)
Foley Hoag LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000 (telephone)
(617) 832-7000 (facsimile)

bfiacco@foleyhoag.com
dware@foleyhoag.com
jyounkin@foleyhoag.com
sknight@foleyhoag.com
tdavis@foleyhoag.com

Dated: February 5, 2024

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 5, 2024.

                                                                        */s/ Stuart Knight*