UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENANTA PHARMACEUTICALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:22-cv-10967-DJC-JCB |
| ) | |
| PFIZER INC. ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF ENANTA PHARMACEUTICALS, INC.'S SUBMISSION IN COMPLIANCE WITH PROTECTIVE ORDER**

Pursuant to Paragraph 5 of the Protective Order (Dkt. 83), Plaintiff Enanta Pharmaceuticals, Inc. ("Enanta") submits Defendant Pfizer Inc.'s ("Pfizer") proposed public version of Enanta's Reply in support of its Motion to Compel Pfizer to Produce Documents and Provide Deposition Testimony. Dkts. 349, 364. This is attached to this submission as Exhibit 1.

The Protective Order requires that, "[w]hen a Party files any pleadings, motions, or other papers under seal with the Court, the Party shall also file … a public version of that pleading, motion, or other paper that redacts out those portions that reveal any information designated … 'HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY.'" Dkt. 83 at 5. The Protective Order also provides that "[i]f the entire document filed under seal (e.g., an exhibit to a motion) is designated … 'HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY,' the Party may file a slip sheet designating that the document has been redacted in its entirety."

On July 23, 2024, Pfizer provided Enanta with the attached proposed redactions to Enanta's Reply.

1

WHEREFORE, Enanta attaches and submits as Exhibit 1 Pfizer's proposed public version of Enanta's Reply.  For the avoidance of doubt, Enanta does not concede that Pfizer's information designated "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY" is in fact confidential pursuant to the Protective Order.

>Respectfully submitted,
>
>ENANTA PHARMACEUTICALS, INC.
>By its attorneys,
>
>*/s/ Barbara A. Fiacco*
>Barbara A. Fiacco (BBO No. 633618)
>Donald R. Ware (BBO No. 516260)
>Jeremy A. Younkin (BBO No. 654047)
>Stuart Knight (BBO No. 710429)
>Taylor R. Davis (*pro hac vice*)
>Foley Hoag LLP
>Seaport West
>155 Seaport Boulevard
>Boston, MA 02210-2600
>(617) 832-1000 (telephone)
>(617) 832-7000 (facsimile)
>
>bfiacco@foleyhoag.com
>dware@foleyhoag.com
>jyounkin@foleyhoag.com
>sknight@foleyhoag.com
>tdavis@foleyhoag.com

Dated: July 24, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 24, 2024.

*/s/ Stuart Knight*
