# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENANTA PHARMACEUTICALS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:22-cv-10967-DJC-JCB |
| | ) |
| PFIZER INC. | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND [PROPOSED] ORDER REGARDING THE DEPOSITION OF MR. JOHN WICHTOWSKI

On September 27, 2024, the Court granted in part and denied in part Plaintiff Enanta Pharmaceuticals, Inc. ("Enanta")'s Motion to Compel Defendant Pfizer Inc. ("Pfizer") to Produce Documents and Provide Deposition Testimony (the "Order"). Dkt. 373. The Order requires that Pfizer employee John Wichtowski "appear for a deposition at a mutually agreeable date and time" within 30 days after issuance of the Order. *Id.* at 10-11.

On October 11, 2024, Enanta filed objections to the Order pursuant to Rule 72(a) of the Federal Rules of Civil Procedure ("Enanta's Objection"). Dkt. 377.

Enanta and Pfizer have agreed to postpone the deposition of Mr. Wichtowski in light of Enanta's Objection. Now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline for the deposition of Mr. Wichtowski be continued until 30 days after a ruling on Enanta's Objection.

Dated: October 17, 2024                                  Respectfully submitted,

ENANTA PHARMACEUTICALS, INC.                             PFIZER INC.

By its attorneys,                                        By its attorneys,


*/s/ Barbara A. Fiacco*                                  */s/ Wyley Proctor*
Barbara A. Fiacco (BBO No. 633618)                       Thomas H.L. Selby (*pro hac vice*)
Donald R. Ware (BBO No. 516260)                          David I. Berl (*pro hac vice*)
Jeremy A. Younkin (BBO No. 654047)                       David M. Krinsky (*pro hac vice*)
Stuart Knight (BBO No. 710429)                           Christopher A. Yeager (*pro hac vice*)
Taylor R. Davis (*pro hac vice*)                         Ben Picozzi (*pro hac vice*)
FOLEY HOAG LLP                                           Julie L. Tavares (*pro hac vice*)
Seaport West                                             Nicholas J. Loftus (*pro hac vice)*
155 Seaport Boulevard                                    WILLIAMS & CONNOLLY LLP
Boston, MA 02210-2600                                    680 Maine Avenue, SW
(617) 832-1000 (telephone)                               Washington, DC 20024
(617) 832-7000 (facsimile)                               (202) 434-5000 (telephone)
bfiacco@foleyhoag.com                                    (202) 434-5029 (facsimile)
dware@foleyhoag.com                                      tselby@wc.com
jyounkin@foleyhoag.com                                   dberl@wc.com
sknight@foleyhoag.com                                    dkrinsky@wc.com
tdavis@foleyhoag.com                                     cyeager@wc.com
                                                         bpicozzi@wc.com
                                                         jtavares@wc.com
                                                         nloftus@wc.com

                                                         Lee Carl Bromberg (BBO # 058480)
                                                         Erik Paul Belt (BBO # 558620)
                                                         Wyley Proctor (BBO # 666613)
                                                         MCCARTER &ENGLISH, LLP
                                                         265 Franklin Street
                                                         Boston, MA 02110
                                                         (617) 449-6500 (telephone)
                                                         (617) 607-9200 (facsimile)
                                                         lbromberg@mccarter.com
                                                         ebelt@mccarter.com
                                                         wproctor@mccarter.com

- 3 -

SO ORDERED, this _____ day of October, 2024.

_____
The Honorable Jennifer C. Boal
United States Magistrate Judge