**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ENANTA PHARMACEUTICALS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:22-cv-10967-DJC ) |
| PFIZER INC., | ) ) |
| Defendant. | ) ) |

**[PROPOSED] ORDER AND FINAL JUDGMENT**

NOW, this _____ day of _____, 2025, the Court having entered a Memorandum and Order (Dkt. 393) allowing Pfizer's Motion for Summary Judgment of Invalidity (Dkt. 269), and the Court having considered the parties' Joint Statement regarding final judgment:

IT IS HEREBY ORDERED that final judgment is entered for Pfizer and against Enanta on the Count of Enanta's Complaint (Infringement of the '953 Patent) (Dkt. 1) and Counterclaim Count II (Declaration of Invalidity) of Pfizer's Answer and Counterclaims to Enanta's Complaint (Dkt. 22); and

IT IS HEREBY FURTHER ORDERED that Counterclaim Count I (Declaration of Noninfringement) of Pfizer's Answer and Counterclaims to Enanta's Complaint (Dkt. 22) is dismissed without prejudice; and

IT IS HEREBY FURTHER ORDERED that all pending motions and objections are deemed moot without prejudice.

_____
Hon. Denise J. Casper
United States District Judge